JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD HAROLD-GENE JACKSON,<br><br>　　　　Defendant. | Case No. 8:23-cv-02459-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 14]" entered substantially concurrently herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendant Richard Harold-Gene Jackson, in the in the amount of $191,397.25 (consisting of the principal amount due of $161,385.81; prejudgment interest of $22,679.73; litigation costs of $504.00; and attorneys' fees of $6,827.71).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 13, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE